JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARCUS EDWARDS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 13-5102-DMG (MRWx) |
| v. | |
| LYNX GRILLS, INC., et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the Plaintiff Marcus Edwards take nothing; that the action be dismissed on the merits, pursuant to the verdict filed August 28, 2014.

Terry Nafisi , Clerk, U. S. District Court

Dated: August 29, 2014  
At: 10:00 A.M.

By   /s/  
Kane Tien, Deputy Clerk

CV-44 (11/96)      **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**