# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS EDWARDS, AN INDIVIDUAL,<br><br>    Plaintiff,<br>v.<br><br>LYNX GRILLS, INC., A DELAWARE CORPORATION,<br><br>    Defendant. | Case No. CV 13-05102 DMG(MRWx)<br><br>**AMENDED JUDGMENT ON THE VERDICT FOR DEFENDANT [135]** |

This action having been tried before the Court sitting with a jury, the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that Plaintiff Marcus Edwards take nothing; that Defendant Lynx Grills, Inc. have and recover costs for a total award of $4,106.11 in favor of Defendant Lynx Grills, Inc.; that the action be dismissed on the merits, pursuant to the verdict file August 28, 2014.

DATED: February 5, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE